**Charles DIXON, Plaintiff–Appellant,**

v.

**Patrick DONAHOE; Renee Avinger, Defendants–Appellees.**

No. 13–1948.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2013.

Decided: Dec. 18, 2013.

Charles Dixon, Appellant Pro Se.

Before NIEMEYER and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Dixon appeals the district court's order dismissing this action for failure to comply with the court's order to file an amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dixon v. Donahoe,* No. 3:13–cv–00284–GCM (W.D.N.C. July 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*